JAMES E. SMYTH II
Nevada Bar No. 6506
LISA J. ZASTROW
Nevada Bar No. 9727
KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone:  (702) 792-7000
Fax:            (702) 796-7181

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOANNA FERGUSON, by and through her Guardians ad Litem, Veronica Ferguson and Joan Ferguson; MICHAEL LANGDON, by and through his Guardian ad Litem, Jodie Langdon; MATTHEW PATTERSON, by and through his Guardian ad Litem, Marshall Mitchell; CHRISTOPHER WALKER, by and through his Guardians ad Litem, Bonnie Walker and Robert Kauffman; and ISIAH WILLIAMS, by and through his Guardian ad Litem, Nicole Williams,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; DORIS REED ELEMENTARY SCHOOL; MAMIE HUBBARD-WASHINGTON, an individual; KAREN BENNETT, an individual; RANDY CHEUNG, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:08-CV-31-JCM-RJJ<br><br>**EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE AND SPECIAL NOTICE** |

LISA J. ZASTROW, ESQ., of the law firm of KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO ("Counsel") formerly with Greenberg Traurig, LLP, brings this Ex-Parte Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice of Special Notice. As former counsel it is no longer necessary that

| | |
|---|---|
| 1 | counsel receive CM/ECF Notice. Counsel request to be removed from the CM/ECF Service list |
| 2 | and from the mailing matrix on all service lists in the above-referenced matter. |
| 3 | DATED this 17th day of November, 2010. |

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO

BY:    /s/    Lisa J. Zastrow
JAMES E. SMYTH II
Nevada Bar No. 6506
LISA J. ZASTROW
Nevada Bar No. 9727
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: DEC. 9, 2010