UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOANNA FERGUSON, etc., *et al.*, | |
| Plaintiff, | 2:08-0031-JCM-RJJ |
| vs. | |
| CLARK COUNTY SCHOOL DISTRICT, *et al.*, | RECUSAL ORDER |
| Defendant, | |

In order to avoid the appearance of impropriety, the undersigned Magistrate Judge hereby recuses himself from the above entitled matter because of substantial knowledge of this case acquired during a settlement conference conducted with the parties.

Based on the foregoing, and the Code of Judicial Conduct, Canon 3(C)(1)(b) (1984) and Title 28, United States Code, Section 455(b)(3), this matter is referred to the Clerk of the Court for reassignment.

DATED this __18th__ day of May, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge