# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOANNA FERGUSON, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>           Defendants. | 2:08-CV-31 JCM (GWF) |

## ORDER

Presently before the court is plaintiffs' motion seeking reconsideration of this court's order granting partial summary judgment. (Doc. #84). Defendants filed a response (doc. #85) to which the plaintiffs have replied (doc. #87).

On March 5, 2012, pursuant to the ruling in *Orr v. Bank of America*, 285, F. 3d 764 (9th Cir. 1996), this court granted summary judgment in light of plaintiffs' failure to properly authenticate the documentation provided in their opposition to the motion for summary judgment. Plaintiffs have now authenticated their evidence and seek an opportunity to establish that a genuine issue of material fact exists such that summary judgment is improper.

This court has "inherent power" to reconsider an order over which it maintains jurisdiction. *See City of Los Angeles, Harbor Div. v. Santa Monica Baykeeper*, 254 F.3d 882, 887 (9th Cir. 2001); *see also Marconnie Wireless Tel. Co. v. United States*, 320 U.S. 1, 47 (1943); FED. R. CIV. P. 60. This court prefers issuing rulings on the merits, rather than technicalities. *See Mendoza v. Wight*

**James C. Mahan**
**U.S. District Judge**

*Vineyard Mgmt.*, 783 F.2d 941, 945 (9th Cir. 1986).  In this case, the plaintiffs have presented the court with authenticated evidence which will enable them to dispute material issues of fact and should therefore be heard.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs' motion seeking reconsideration (doc. #84) be, and the same hereby is, GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this court's previous order granting partial summary judgment (doc. #83) be, and the same hereby is, VACATED and the case re-opened.

DATED May 31, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -