MARK E. FERRARIO
Nevada Bar No. 1625
ferrariom@gtlaw.com
KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
GREENBERG TRAURIG
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Attorneys for Defendant*
CLARK COUNTY SCHOOL DISTRICT

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOANNA FERGUSON, by and through her Guardians ad Litem, Veronica Ferguson and Joan Ferguson; MICHAEL LANGDON, by and through his Guardian ad Litem, Jodi Langdon; MATTHEW PATTERSON, by and through his Guardian ad Litem, Marshall Mitchell; CHRISTOPHER WALKER, by and through his Guardians ad Litem, Bonnie Walker and Robert Kauffman; and ISIAH WILLIAMS, by and through his Guardian ad Litem, Nicole Williams,<br><br>Plaintiffs,<br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; DORIS REED ELEMENTARY SCHOOL; MAMIE HUBBARD-WASHINGTON, an individual; KAREN BENNETT, an individual; RANDY CHEUNG, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:08-cv-31-JCM-RJJ<br><br>**STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE (SECOND REQUEST)** |

JOANNA FERGUSON, by and through her Guardians ad Litem, Veronica Ferguson and Joan Ferguson; MICHAEL LANGDON, by and through his Guardian ad Litem, Jodi Langdon; MATTHEW PATTERSON, by and through his Guardian ad Litem, Marshall Mitchell; CHRISTOPHER WALKER, by and through his Guardians ad Litem, Bonnie Walker and Robert Kauffman; and ISIAH WILLIAMS, by and through his Guardian ad Litem, Nicole Williams (collectively "Plaintiffs"), by and through their attorneys of record Steve Day and Defendant

1  Clark County School District, by and through its attorneys, Greenberg Traurig, LLP, hereby
2  stipulate to reschedule the settlement conference currently scheduled for August 22, 2012 to
3  August 2, 2012 at 9:00 a.m.  Settlement conference statements will be due July 30, 2012.

4  Dated this 20th day of July, 2012.

5  GREENBERG TRAURIG, LLP

6  By: /s/ Mark E. Ferrario
   MARK E. FERRARIO
7  Nevada Bar No. 1625
   KARA B. HENDRICKS
8  Nevada Bar No. 7743
   3773 Howard Hughes Parkway
9  Suite 400 North
   Las Vegas, Nevada 89169
10 *Counsel for Defendant Clark*
    *County School District*

12 Dated this 20th day of July, 2012,

13 DAY & NANCE

14 By: /s/ Steven L. Day
   Steven L. Day, Esq.
15 Nevada Bar No. 3708
   1060 Wigwam Parkway
16 Henderson, NV 89074
17 *Counsel for Plaintiffs*

19 IT IS SO ORDERED

20 Dated this 24 day of July 2012

22 By: *George Foley Jr.*
   George Foley, Jr.
23 United States Magistrate Judge

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002