1  **ORDR**
   STEVEN L. DAY, ESQ.
2  Nevada Bar No. 3708
   JAMES R. NANCE, ESQ.
3  Nevada Bar No. 9878
   **DAY & NANCE**
4  1060 Wigwam Parkway
   Henderson, NV  89074
5  Tel.  702-309-3333
   Fax.  702-309-1085
6  sday@daynance.com

7

   AREVA D. MARTIN, ESQ.
8  ARAM KOUYOUMDJIAN, ESQ.
   MARTIN & MARTIN, LLP
9  3530 Wilshire Boulevard, Suite 1650
   Los Angeles, California 90010
10 (213) 388-4747

11
   Attorneys for Plaintiffs
12
                      **UNITED STATES DISTRICT COURT**
13
                            **DISTRICT OF NEVADA**
14

15 JOANNA FERGUSON, by and through  )
   her Guardians ad Litem, Veronica )   CASE NO. 2:08-cv-00031-JCM-GWF
16 Ferguson an Joan Ferguson; MICHAEL)
   LANGDON, by and through his      )
17 Guardian ad Litem, Jodi Langdon;  )
   MATTHEW PATTERSON, by and        )
18 through his Guardian ad Litem,    )
   Marshell Mitchell; CHRISTOPHER   )
19 WALKER, by and through his        )
   Guardians ad Litem, BonnieWalker )
20 and Robert Kauffman; and NICOLE   )
   WILLIAMS as Special Administratrix)
21 for the estate of Isaiah Williams, )
                                     )
22                                   )
                Plaintiffs,          )
23                                   )
   vs.                               )
24                                   )
   CLARK COUNTY SCHOOL DISTRICT;   )
25 DORIS REED ELEMENTARY SCHOOL;)
   MAMIE HUBBARD-WASHINGTON, an)
26 individual; KAREN BENNETT, an     )
   individual; RANDY CHEUNG, an     )
27

28



W:\Master\638907\Minors Comp\OrderMinorsComp_Ferguson.wpd

individual; and DOES 1 through 50, inclusive,

                        Defendants.

**ORDER GRANTING COMPROMISE CLAIM OF MINOR JOANNA FERGUSON**

Upon the application of Veronica Ferguson, mother and Guardian and Joanna Ferguson, grandmother and Guardian of Joanna Ferguson, a minor, for authority to compromise and settle the disputed claim for personal injuries and damages on behalf of Joanna Ferguson, a minor, against the Defendants Clark County School District, good cause appearing,

IT IS HEREBY ORDERED that Petitioners Veronica Ferguson, mother and Guardian and Joanna Ferguson, grandmother and Guardian of Joanna Ferguson, a minor, is authorized to accept the sum of $150,000.00 as settlement in full for the personal injury and damages claim of Joanna Ferguson, a minor and to be distributed as follows:

| | |
|---|---:|
| Past Medical Expenses | 0.00 |
| Joanna Ferguson | 79,936.02 |
| Attorney's Fees: | 60,000.00 |
| Costs: | 10,063.98 |
| TOTAL | $150,000.00 |

IT IS FURTHER ORDERED that counsel for Joanna Ferguson will arrange for the deposit of the funds into a blocked trust account for minors (includes CDs and/or savings account) to be held until Joanna Ferguson becomes 18 years of age, and that a status hearing will be held on November 2, 2012, at 10:00 a.m._____, to show evidence of such

1  compliance with this Order.

2      DATED September 12, 2012.

         _____
         UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

DAY & NANCE


By:____/s/ Steven L. Day_____
    JAMES R. NANCE, ESQ.
    Nevada Bar No. 9878
    1060 Wigwam Parkway
    Las Vegas, NV  89074
    (702) 309-3333
    Attorneys for Plaintiff

W:\Master\638907\Minors Comp\OrderMinorsComp_Ferguson.wpd    3