**ORDR**
STEVEN L. DAY, ESQ.
Nevada Bar No. 3708
JAMES R. NANCE, ESQ.
Nevada Bar No. 9878
**DAY & NANCE**
1060 Wigwam Parkway
Henderson, NV  89074
Tel.  702-309-3333
Fax.  702-309-1085
sday@daynance.com

AREVA D. MARTIN, ESQ.
ARAM KOUYOUMDJIAN, ESQ.
MARTIN & MARTIN, LLP
3530 Wilshire Boulevard, Suite 1650
Los Angeles, California 90010
(213) 388-4747

Attorneys for Plaintiffs



# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOANNA FERGUSON, by and through her Guardians ad Litem, Veronica Ferguson an Joan Ferguson; MICHAEL LANGDON, by and through his Guardian ad Litem, Jodi Langdon; MATTHEW PATTERSON, by and through his Guardian ad Litem, Marshell Mitchell; CHRISTOPHER WALKER, by and through his Guardians ad Litem, BonnieWalker and Robert Kauffman; and NICOLE WILLIAMS as Special Administratrix for the estate of Isaiah Williams, | CASE NO. 2:08-cv-00031-JCM-GWF |
| Plaintiffs, | |
| vs. | |
| CLARK COUNTY SCHOOL DISTRICT; DORIS REED ELEMENTARY SCHOOL; MAMIE HUBBARD-WASHINGTON, an individual; KAREN BENNETT, an individual; RANDY CHEUNG, an | |

W:\Master\638907\Minors Comp\OrderMinorsComp_Langdon.wpd

individual; and DOES 1 through 50, inclusive,

            Defendants.

**ORDER GRANTING COMPROMISE CLAIM OF MINOR MICHAEL LANGDON**

Upon the application of Jodi Langdon, mother and Guardian of Michael Langdon, a minor, for authority to compromise and settle the disputed claim for personal injuries and damages on behalf of Michael Langdon, a minor, against the Defendants Clark County School District, good cause appearing,

IT IS HEREBY ORDERED that Petitioner Jodi Langdon, mother and Guardian of Michael Langdon, a minor, is authorized to accept the sum of $90,000.00 as settlement in full for the personal injury and damages claim of Michael Langdon, a minor and to be distributed as follows:

| | |
|---|---:|
| Past Medical Expenses | 0.00 |
| Michael Langdon | 43,936.02 |
| Attorney's Fees: | 36,000.00 |
| Costs: | 10,063.98 |
| TOTAL | $90,000.00 |

IT IS FURTHER ORDERED that counsel for Michael Langdon will arrange for the deposit of the funds into a blocked trust account for minors (includes CDs and/or savings account) to be held until Michael Langdon becomes 18 years of age, and that a status hearing will be held on November 2, 2012 at 10:00 a.m. to show evidence of such compliance with

W:\Master\638907\Minors Comp\OrderMinorsComp_Langdon.wpd     2

1  this Order.

2  DATED September 26, 2012.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

DAY & NANCE

By:\_\_\_\_/s/ Steven L. Day_____
      JAMES R. NANCE, ESQ.
      Nevada Bar No. 9878
      1060 Wigwam Parkway
      Las Vegas, NV  89074
      (702) 309-3333
      Attorneys for Plaintiff