

1  **ORDR**
STEVEN L. DAY, ESQ.
2  Nevada Bar No. 3708
JAMES R. NANCE, ESQ.
3  Nevada Bar No. 9878
**DAY & NANCE**
4  1060 Wigwam Parkway
Henderson, NV  89074
5  Tel.  702-309-3333
Fax.  702-309-1085
6  sday@daynance.com

7
AREVA D. MARTIN, ESQ.
8  ARAM KOUYOUMDJIAN, ESQ.
MARTIN & MARTIN, LLP
9  3530 Wilshire Boulevard, Suite 1650
Los Angeles, California 90010
10  (213) 388-4747

11
Attorneys for Plaintiffs
12
                **UNITED STATES DISTRICT COURT**
13
                        **DISTRICT OF NEVADA**
14

15  JOANNA FERGUSON, by and through  )
her Guardians ad Litem, Veronica  )  CASE NO. 2:08-cv-00031-JCM-GWF
16  Ferguson an Joan Ferguson; MICHAEL )
LANGDON, by and through his  )
17  Guardian ad Litem, Jodi Langdon;  )
MATTHEW PATTERSON, by and  )
18  through his Guardian ad Litem,  )
Marshell Mitchell; CHRISTOPHER  )
19  WALKER, by and through his  )
Guardians ad Litem, BonnieWalker  )
20  and Robert Kauffman; and NICOLE  )
21  WILLIAMS as Special Administratrix  )
for the estate of Isaiah Williams,  )
22  )
                Plaintiffs,  )
23  )
vs.  )
24  )
25  CLARK COUNTY SCHOOL DISTRICT;  )
DORIS REED ELEMENTARY SCHOOL;)
26  MAMIE HUBBARD-WASHINGTON, an)
individual; KAREN BENNETT, an  )
27  individual; RANDY CHEUNG, an  )

28

W:\Master\638907\Minors Comp\OrderMinorsComp_Patterson.wpd

1  individual; and DOES 1 through 50, )
   inclusive, )
2  )
                      Defendants. )
3  _____)

4

## ORDER GRANTING COMPROMISE CLAIM OF MINOR
## MATTHEW PATTERSON

Upon the application of Marshell Mitchell, mother and Guardian of Matthew Patterson, a minor, for authority to compromise and settle the disputed claim for personal injuries and damages on behalf of Matthew Patterson, a minor, against the Defendants Clark County School District, good cause appearing,

IT IS HEREBY ORDERED that Petitioner Marshell Mitchell, mother and Guardian of Matthew Patterson, a minor, is authorized to accept the sum of $110,000.00 as settlement in full for the personal injury and damages claim of Matthew Patterson, a minor and to be distributed as follows:

| | |
|---|---:|
| Past Medical Expenses | $ 0.00 |
| Matthew Patterson | 55,936.02 |
| Attorney's Fees: | 44,000.00 |
| Costs: | 10,063.98 |
| TOTAL | $110,000.00 |

IT IS FURTHER ORDERED that counsel for Matthew Patterson will arrange for the deposit of the funds into a blocked trust account for minors (includes CDs and/or savings account) to be held until Matthew Patterson becomes 18 years of age, and that a status hearing will be held on November 2, 2012 10:00 a.m., to show evidence of such

W:\Master\638907\Minors Comp\OrderMinorsComp_Patterson.wpd            2

1  compliance with this Order.

2  　　　　DATED September 26, 2012.

3

4

5  _____
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
6

7  SUBMITTED BY:

8  DAY & NANCE

9

10  By:____/s/ Steven L. Day_____
　　　　JAMES R. NANCE, ESQ.
11 　　　Nevada Bar No. 9878
　　　　1060 Wigwam Parkway
12 　　　Las Vegas, NV  89074
　　　　(702) 309-3333
13 　　　Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W:\Master\638907\Minors Comp\OrderMinorsComp_Patterson.wpd        3