1  **ORDR**
STEVEN L. DAY, ESQ.
2  Nevada Bar No. 3708
JAMES R. NANCE, ESQ.
3  Nevada Bar No. 9878
**DAY & NANCE**
4  1060 Wigwam Parkway
Henderson, NV  89074
5  Tel.  702-309-3333
Fax.  702-309-1085
6  sday@daynance.com

7

AREVA D. MARTIN, ESQ.
8  ARAM KOUYOUMDJIAN, ESQ.
MARTIN & MARTIN, LLP
9  3530 Wilshire Boulevard, Suite 1650
Los Angeles, California 90010
10  (213) 388-4747

11
Attorneys for Plaintiffs

12

            **UNITED STATES DISTRICT COURT**
13
               **DISTRICT OF NEVADA**
14

15  JOANNA FERGUSON, by and through  )
her Guardians ad Litem, Veronica   )    CASE NO. 2:08-cv-00031-JCM-GWF
16  Ferguson an Joan Ferguson; MICHAEL )
LANGDON, by and through his        )
17  Guardian ad Litem, Jodi Langdon;   )
MATTHEW PATTERSON, by and          )
18  through his Guardian ad Litem,     )
Marshell Mitchell; CHRISTOPHER     )
19  WALKER, by and through his         )
Guardians ad Litem, BonnieWalker   )
20  and Robert Kauffman; and NICOLE    )
WILLIAMS as Special Administratrix )
21  for the estate of Isaiah Williams, )
                                   )
22                                 )
           Plaintiffs,             )
23                                 )
vs.                                )
24                                 )
CLARK COUNTY SCHOOL DISTRICT;      )
25  DORIS REED ELEMENTARY SCHOOL;)
26  MAMIE HUBBARD-WASHINGTON, an)
individual; KAREN BENNETT, an      )
27  individual; RANDY CHEUNG, an       )

28

W:\Master\638907\Minors Comp\OrderMinorsComp_Walker.wpd

1  individual; and DOES 1 through 50, )
2  inclusive, )
   )
3             Defendants. )
   _____)

### ORDER GRANTING COMPROMISE CLAIM OF MINOR CHRISTOPHER WALKER

Upon the application of Bonnie Walker and Robert Kauffman, parents and guardians of Christopher Walker, a minor, for authority to compromise and settle the disputed claim for personal injuries and damages on behalf of Christopher Walker, a minor, against the Defendants Clark County School District, good cause appearing,

IT IS HEREBY ORDERED that Petitioners Bonnie Walker and Robert Kauffman, parents and guardians of Christopher Walker, a minor, is authorized to accept the sum of $150,000.00 as settlement in full for the personal injury and damages claim of Christopher Walker, a minor and to be distributed as follows:

| | |
|---|---:|
| Past Medical Expenses | $ 0.00 |
| Christopher Walker | 79,936.02 |
| Attorney's Fees: | 60,000.00 |
| Costs: | 10,063.98 |
| TOTAL | $150,000.00 |

IT IS FURTHER ORDERED that counsel for Christopher Walker will arrange for the deposit of the funds into a blocked trust account for minors (includes CDs and/or savings account) to be held until Christopher Walker becomes 18 years of age, and that a status hearing will be held on Nov 2, 2012, 10:00 am, to show evidence of such compliance with this Order.

W:\Master\638907\Minors Comp\OrderMinorsComp_Walker.wpd     - 2 -

1  DATED September 28, 2012.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

DAY & NANCE


By:____/s/ Steven L. Day_____
     JAMES R. NANCE, ESQ.
     Nevada Bar No. 9878
     1060 Wigwam Parkway
     Las Vegas, NV  89074
     (702) 309-3333
     Attorneys for Plaintiff