MARK E. FERRARIO
Nevada Bar No. 1625
ferrariom@gtlaw.com
KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
GREENBERG TRAURIG
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada  89169
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
*Attorneys for Defendant*
CLARK COUNTY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOANNA FERGUSON, by and through her Guardians ad Litem, Veronica Ferguson and Joan Ferguson; MICHAEL LANGDON, by and through his Guardian ad Litem, Jodi Langdon; MATTHEW PATTERSON, by and through his Guardian ad Litem, Marshall Mitchell; CHRISTOPHER WALKER, by and through his Guardians ad Litem, Bonnie Walker and Robert Kauffman; and ISAIAH WILLIAMS, by and through his Guardian ad Litem, Nicole Williams,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; DORIS REED ELEMENTARY SCHOOL; MAMIE HUBBARD-WASHINGTON, an individual; KAREN BENNETT, an individual; RANDY CHEUNG, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:08-cv-31-JCM-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs JOANNA FERGUSON, by and through her Guardians ad Litem, Veronica Ferguson and Joan Ferguson; MICHAEL LANGDON, by and through his Guardian ad Litem, Jodi Langdon; MATTHEW PATTERSON, by and through his Guardian ad Litem, Marshall Mitchell; CHRISTOPHER WALKER, by and through his Guardians ad Litem, Bonnie Walker and Robert Kauffman; and ISAIAH WILLIAMS, by and through his Guardian ad Litem, Nicole Williams, by and through their counsel of record, Steven L. Day, Esq. and James R. Nance, Esq. of the law firm

of Day & Nance, and Defendant CLARK COUNTY SCHOOL DISTRICT, by and through its counsel of record, Mark E. Ferrario, Esq. and Kara B. Hendricks, Esq. of the law firm of Greenberg Traurig, LLP that the above captioned matter is hereby dismissed, with prejudice, in its entirety with each party to bear its own attorneys fees and costs.

Dated this 7th day of December, 2012

GREENBERG TRAURIG, LLP

/s/ Mark E. Ferrario
MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendant CCSD*

Dated this 7th day of December, 2012

DAY & NANCE

/s/ Steven L. Day
STEVEN L. DAY, ESQ.
Nevada Bar No. 3708
1060 Wigwam Parkway
Henderson, NV 89074
*Attorney for Plaintifsf*

IT IS SO ORDERED  December 10, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE