# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOANNA FERGUSON, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>        Defendants. | 2:08-CV-31 JCM (GWF) |

## ORDER

Presently before the court is plaintiff Joanna Ferguson's, by and through her guardians Joan Ferguson and Veronica Ferguson, petition for disbursement of monies from blocked bank account. (Doc. # 123).

This court approved the settlement between plaintiff and defendants. (Doc. # 108). Plaintiff's attorney then filed notice of proof of plaintiff's blocked trust account because plaintiff is a minor. (Doc. # 120). Plaintiff's guardians now seek to remove certain funds from the blocked account.

Plaintiff is still represented by an attorney. The local rules mandate that "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case." LR IA 10-6(a). If plaintiff's guardians wish to withdraw funds from the blocked trust account then they must comply with the local rules. The motion is denied.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's petition for disbursement of monies from blocked bank account (doc. # 123) be, and the same hereby, is DENIED.

DATED April 30, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -