UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOANNA FERGUSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | 2:08-CV-31 JCM (GWF) |

**ORDER**

Presently before the court is plaintiff Johanna Ferguson's motion for disbursement of funds. (Doc. # 125). No party has filed a response in opposition.

Plaintiff is a twelve-year-old autistic child. Clark County School District settled with this plaintiff to resolve the allegations in this lawsuit. Plaintiff, by and through her guardians, request the court to withdraw funds from her blocked bank account at Bank of America. Plaintiff's guardians request four separate services with the funds.

First, plaintiff's guardians want to employ a licensed teacher to work with Joanna on typical school curriculum. This request is for five hours per week for 43 weeks, totaling $7,525.

Second, plaintiff's guardians request the funds to provide for a speech therapist who will provide speech and language therapy. The goal is to allow Joanna to become a more independent communicator. The total sought for speech therapy is $3,120, which includes 43 weeks of therapy at a rate of $70 per session and a $200 evaluation.

**James C. Mahan**
**U.S. District Judge**

Third, plaintiff's guardians request funds for continuing occupational therapy with a pediatric occupational therapist at Summerlin Hospital Medical Center. The total sought for continuing occupational therapy is $4,837.50, which includes 43 weekly sessions at $112.50 per session.

Fourth, plaintiff's guardians seek hippotherapy and therapeutic riding at Paradise Ranch Horse Assisted Therapy. The total is $4,300 for 43 sessions.

Plaintiff's guardians represent they have researched the current rates for the requested services service and believe the requested services will benefit Joanna. The total sought for services for Joanna is $19,872.50. The court finds good cause to allow the release of $19,872.50 from Joanna's blocked bank account to be used for the purposes represented in the motion to disburse funds.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for disbursement of funds (doc. # 125) be, and the same hereby, is GRANTED.

DATED July 5, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge

- 2 -