UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOANNA FERGUSON, et al., | Case No. 2:08-CV-31 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Johanna Ferguson's motion for disbursement of funds. (Doc. # 127). No party has filed a response in opposition.

Plaintiff is a fourteen-year-old autistic child. Clark County School District settled with this plaintiff to resolve the allegations in this lawsuit. Plaintiff, by and through her guardians, requests the court to withdraw funds from her blocked bank account at Bank of America. Plaintiff's guardians request two separate services with the funds.

First, plaintiff's guardians request the funds to provide for a speech therapist who will provide speech and language therapy. The goal is to allow Joanna to become a more independent communicator and help with her expressive language disorder. The total sought for speech therapy is $50.00 per session or $7,800.00 for three sessions per week for fifty-two weeks.

Second, plaintiff's guardians request funds for continuing occupational therapy with a pediatric occupational therapist at Summerlin Hospital Medical Center. The total sought for continuing occupational therapy is $11,700.00, which includes two sessions per week for fifty-two weeks at $112.50 per session.

**James C. Mahan**
**U.S. District Judge**

James C. Mahan
U.S. District Judge

Plaintiff's guardians represent they have researched the current rates for the requested services service and believe the requested services will benefit Joanna. The total sought for services for Joanna is $19,500.00. The court finds good cause to allow the release of $19,500.00 from Joanna's blocked bank account to be used for the purposes represented in the motion to disburse funds.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for disbursement of funds (doc. # 127) be, and the same hereby, is GRANTED.

DATED November 14, 2014.

_____
UNITED STATES DISTRICT JUDGE

- 2 -