UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOANNA FERGUSON, et al., | Case No. 2:08-CV-31 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Johanna Ferguson's motion for disbursement of funds. (ECF No. 129). No party has filed a response, and the time for doing so has passed.

Plaintiff is a sixteen year-old autistic adolescent. (*Id.*) Clark County School District previously settled with plaintiff to resolve the allegations in her lawsuit. (*See* ECF No. 108). Plaintiff, by and through her guardians, requests that the court enter an order allowing for the disbursement of funds from her blocked bank account at Bank of America. Plaintiff's guardians request the funds for two separate services.

First, plaintiff's guardians request the funds to provide payment for speech and language therapy. The goal is to allow Joanna to become a more independent communicator and help with Joanna's expressive language disorder. The total sought for speech therapy is $5,340.00, covering an initial evaluation of $300.00 and $70.00 per session for three sessions per week for twenty-four weeks. (ECF No. 129 at 2).

Second, plaintiff's guardians request funds for summer camp for Joanna at Sport Social. The funds requested would cover the entire eleven-week camp at $450.00 per week for a total of $4,950.00.

**James C. Mahan**
**U.S. District Judge**

1  Plaintiff's guardians represent that they have researched the current rates for the requested services and believe the services will benefit Joanna. The total sought is $10,290.00. The court finds good cause to allow the release of $10,290.00 from Joanna's blocked bank account to be used for the purposes outlined above.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for disbursement of funds (ECF No. 129) be, and the same hereby, is GRANTED.

IT IS FURTHER ORDERED that $10,290.00 be, and the same hereby are, RELEASED from plaintiff Joanna Ferguson's blocked bank account at the Bank of America.

DATED July 13, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -